CHARLES H. ALLARDICE, Respondent, *v.* ISTHMIAN STEAMSHIP COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, June 24, 1954.

*Frank W. Stuhlman* and *James B. Magnor* for appellant.

*Benjamin Glickman* for respondent.

Judgment affirmed, with costs.

Concur: HAMMER and HOFSTADTER, JJ. Dissenting: SCHREIBER, J.